**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **RIGOBERTO OROZCO GORDILLO #A240-398-231** | **CIVIL ACTION NO. 3:26-CV-02473 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DHS, *ET AL.*** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# ORDER

According to the Government's Response (Docs. 7, 7-1) to the Petition for Writ of Habeas Corpus (Doc. 1), pro se Petitioner Rigoberto Orozco Gordillo was deported to Mexico by charter flight on September 17, 2026. A petitioner who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011); 28 U.S.C. § 2241.

Accordingly, IT IS HEREBY ORDERED that the Petition (Doc. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 5th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**